Berek GLUCKSBERG; Elsa Glucksberg, R.R. Fredeking, II, as Co–Administrator, d.b.n. of the Estate of Lincoln M. Polan; KIM Wolfe, Sheriff, as Co–Administrator, d.b.n. of the Estate of Lincoln M. Polan, Plaintiffs—Appellees,

v.

William J.M. POLAN, Co–Executor of the Estate of Lincoln M. Polan, deceased, Defendant—Appellant,

and

Charles E. Polan, Co–Executor of the Estate of Lincoln M. Polan, deceased; Lincoln M. Polan, Defendants,

v.

George M. Scott, Special Master; Scott W. Andrews; Offut, Fisher & Nord, Parties in Interest.

No. 03–1868.

United States Court of Appeals, Fourth Circuit.

Submitted June 30, 2004.

Decided Aug. 26, 2004.

William V. DePaulo, William V. Depaulo, L.C., Hurricane, West Virginia, for Appellant. Ronald S. Rossi, Martin & Seibert, L.C., Martinsburg, West Virginia, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William J.M. Polan appeals from the district court's order imposing sanctions against him in the amount of $10,000 plus one-third of certain costs. The sanction resulted from Polan's failure to properly notify the court, during a proceeding in which he and his father were the defendants, that his father had died and that he was not a co-executor of his father's estate, as the plaintiffs believed. As a result of these failures, a judgment previously entered in favor of the plaintiffs in the amount of $208,637.50 had to be vacated.

We find that the district court acted within its discretion in imposing sanctions against Polan. *See Chambers v. NASCO, Inc.,* 501 U.S. 32, 111 S.Ct. 2123, 115 L.Ed.2d 27 (1991). Accordingly, we affirm for the reasons stated by the district court. *See Glucksberg v. Polan,* No. CA–99–129–3 (S.D.W. Va. June 12, 2003). We deny Polan's motion for oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED*